**Order entered May 7, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-12-01560-CV

### IN THE INTEREST OF L.T. AND E.T., CHILDREN

**On Appeal from the 401st Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 401-52955-2011**

## ORDER

We **GRANT** appellant's May 3, 2013 second motion for an extension of time to file a brief. Appellant shall file her brief on or before May 10, 2013.

/s/     CAROLYN WRIGHT
         CHIEF JUSTICE